COMMONWEALTH of Pennsylvania, Respondent

v.

Prince DAVIS, Petitioner

No. 308 EAL 2017

Supreme Court of Pennsylvania.

October 24, 2017

## ORDER

PER CURIAM

**AND NOW**, this 24th day of October, 2017, the Petition for Allowance of Appeal is **DENIED.**